Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Phillip Joseph Gardea

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PHILLIP JOSEPH GARDEA, | ) Case No.: 2:20-cv-10164-VAP-E |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: December 16, 2021

THE HONORABLE VIRGINIA A. PHILLPS
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATE: December 14, 2021          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY:_____

Denise Bourgeois Haley
Attorney for plaintiff Phillip Joseph Gardea

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:20-CV-10164-VAP-E**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on December 14, 2021.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

/s/ Denise Bourgeois Haley

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____